United States District Court
Southern District of Texas
**ENTERED**
November 13, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID CRUZ, Individually and on Behalf of All Others Similarly Situated, § § § § § § § § § § § § | | |
| Plaintiff, | | |
| v. | | CASE NO. 4:19-cv-04386 |
| 3F TECHNOLOGIES, LLC d/b/a, PROGRESSIVE TECHNOLOGIES, LLC, FERNANDO FERNANDEZ, RAUL RODRIGUEZ and ROMAN CORONADO, | | |
| Defendants. | | |

## ORDER

Upon consideration of the parties' Joint Stipulation of Voluntary Dismissal [Doc. # 41], it is hereby

**ORDERED** that this case is **DISMISSED with prejudice**, with all parties to bear their own attorneys' fees and costs.

SIGNED at Houston, Texas, this 13th day of **November, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\4386DISM.DOCX   201112.1131